# Exhibit 2

**Seller Name:** AZURASPACE BEAUTY: https://www.tiktok.com/shop/store/azuraspace-beauty/8647506774018527694?source=product_detail&enter_from=product_detail&enter_method=product_info_right_shop&first_entrance=301

**Infringing Links:**
https://www.tiktok.com/shop/pdp/mouth-tape-by-sleep-well-breathable-adhesive-strips-for-better-sleep/1731155614481813966?source=301

**Use of trademark by Defendant:**



1